**No. 66383.**—Romanelli Import & Export Co. *v.* United States, protests 310993–K and 323843–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of coffee brewers the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 17, 1962

**No. 66384.**—B. Altman & Co. et al. *v.* United States, protests 60/14449, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vitrified, decorated bowls the same in all material respects as those the subject of Abstract 50327, the claim of the plaintiffs was sustained.